Jennifer Pafiti (SBN 282790)
**POMERANTZ LLP**
468 North Camden Drive
Beverly Hills, CA 90210
Telephone:   (818) 532-6449
E-mail:        jpafiti@pomlaw.com

Jeremy A. Lieberman
J. Alexander Hood II
Marc Gorrie
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:   (212) 661-1100
Facsimile:    (212) 661-8665
Email: jalieberman@pomlaw.com
           ahood@pomlaw.com
           mgorrie@pomlaw.com

(*additional counsel on signature page*)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GROVER M. KLARFELD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ORACLE CORPORATION, LAWRENCE J. ELLISON, MARK VINCENT HURD, and SAFRA ADA CATZ,<br><br>Defendants | Case No.  3:16-cv-02966<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**WHEREAS,** no defendant in the above-captioned action, *Klarfeld v. Oracle Corporation et al.*, 3:16-cv-02966, brought before the United States District Court for the Northern District of California, has served an answer or motion for summary judgment;

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Grover M. Klarfeld hereby voluntarily dismisses the above-captioned action, without prejudice, as to all defendants.

DATED: August 16, 2016

                                            Respectfully submitted,

                                            */s/Jennifer Pafiti*
                                            Jennifer Pafiti (SBN 282790)
                                            **POMERANTZ LLP**
                                            468 North Camden Drive
                                            Beverly Hills, CA 90210
                                            Telephone:   (818) 532-6449
                                            E-mail:         jpafiti@pomlaw.com

                                            Jeremy A. Lieberman
                                            J. Alexander Hood II
                                            Marc Gorrie
                                            **POMERANTZ LLP**
                                            600 Third Avenue, 20th Floor
                                            New York, New York 10016
                                            Telephone:   (212) 661-1100
                                            Facsimile:    (212) 661-8665
                                            Email: jalieberman@pomlaw.com
                                            ahood@pomlaw.com
                                            mgorrie@pomlaw.com

                                            Patrick V. Dahlstrom
                                            **POMERANTZ LLP**
                                            10 South La Salle Street, Suite 3505
                                            Chicago, Illinois 60603
                                            Telephone:   (312) 377-1181
                                            Facsimile:    (312) 377-1184
                                            Email: pdahlstrom@pomlaw.com

                                            *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Jennifer Pafiti*
Jennifer Pafiti